ANTHONY GRACZ, as Administrator, etc., of GERARD GRACZ, Deceased, Appellant, Respondent, v. WAYNE WRIGHT, Respondent, Appellant, and BRONO

BROCZYNSKI, Defendant.— Judgment and orders affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent as to the order denying a motion for a new trial on the ground of newly-discovered evidence and vote for a reversal of said order and the granting of the motion, but otherwise concur.